**FILED**
DEC 12 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

Unsigned

crime cnus: 6/6,5,9,10,14/ crime USC18(73§1501/73§1505/73§1506/73§1571/73§1572/73§1513)(18§4/5§1/§5/18§130/18§150/96/8/2)(47§1001/47§1002/47§1013/47§1028/47§1030/47§1033/47§1038/47§1040)(COV19)(63§1346/63§1349)(63§1342)(10)(45§953/45§958/77§1592/63§1924/101§2011/101§2073/101§2075/115§2384/13§241/13§246/13§245/15/13§242/(16,13); cmi 28 (40/159/1113) cmi 34 (101§102.1/101§110/121 SC 7 pt A1 /21 SC 7 pt B)(155/pin written new (phycial no p-m/no access to law library/pn research/resources/materials/copies/Federal Forms/counsel/pn defenses/own complaint/

UNITED STATES DISTRICT COURT
FOR THE

Dwelling Center
vs
Sheriffs Javier Salazar                        cnn SA22CA1327

Petition for a writ of Habeas Corpus Urban 24§9241
1.a) Elling Center/abl/me center b) ELLERY CASSIDENCE (CHEAP, Ellery LaBlanc Center, 114USO, USIUC7
2.a) Bexar County Adult Detention Center, b) 200 N. Comal 78207 c) USIUC7, 11G850
3. other: peonage  7. other: hostage  5. other: slavery
4.a) Bexar County (cont. 101 W. Nueva St Sta 217 78205) b) 2021 61§9695 c) unknown d) unknown
7) yes-a.1) U.S. Dist. Ct. WBST, Dist of Tex. 2)11/22/21 3)5021cv0116cccc 4) none 5) " "a" none
8) "  "  "  "  2) 6/11/22 3)5021cv0115016 4) "  5) " "a" "
9) "  "  "  "  2) 2/14/22 3)5021cv0099027 4) "  5) " "a" "
10. N/O    11. N/O    12. –

13. a/ crime cnus: 4/4/ with 3,4,  8/4,  9/1,10/1,7/5,  11/4 13/4 14/3/ crime USC18 (109§2386)
18(103§2/12§103§211)(3·/113§2314)/18(21§972)/18(9§153)/18(23:1112/77§1541/2·73§1511.4)/18(26:43§911,1/43§912/43§913/2)/18(46§912/77§1543a/2..)/18
(13§241/115§2384/13§244/73§1511.4/13§245/15/13§247.2.45§952.4,)/13§249/13§242/18
(1892/3)/pin member of peonage/in the act/pin unlawfully searches
detainee / pn unlawful searches / pn unlawful seizures / pn pmg of "zizgen"
property to date (\$100) / pn hours of peonage and random shakedowns
a) Due to the lack of validity of the accusations set against 5§86§10,1°
me in this peonage based system, I am host a husband and emerald
unlawfully as a prisoner in custody of said peonage as a hostage,
crime cnus: 4/19 5/9 6/11 8/12b, 14/3 / crimes 18 (47§1001c, / 101§2075/2)/18 (37§792/2..
13§.751/2 / 13§.757/2)/18(§1)/18(55§501/203/77§1545.75.)/18(13§244/73§1511.5)/18
(13§241/115§2384)/18(13§242)/18(2/3)/pm being hostage/pm hostage/
pm peonage member in custody/ am I am subject to random and
frequent and unlawfully searches and seizures as "shakedown"
by peonage of both members both in orange and in black / in
personal property, as criminal omissions of the 4th, 5th and 14
amendment / in personal gain of an criminal / in terror
14. crime cnus: 4/18 14/3 / crime USC18(115§2384/63§1344)

14. There is a subject for a ground that I did not include in which is come to my understanding called the Ponzirit-Scheme! These suit enumeration are of those ease who are to promote sum conspiring problems for pre-trial detainees beyond their unlawful imprisonment, for further suit through espionage ta form of the mishaps of ongoing with their continue as riots induced riots theft and sexual figuring at the peonage in Bexar County for embezzlement of the state in federal funds! i/crime onis/ criminal 5,14,14,3/crime USC (9) (115 § 2384/ 43 § 1346): 43§18(43§1349/2.13§1114¢:3/g 47§ 3/§ 241/2.13§ 445/5.13§ 666/2.8 3/§ 664/2/3/§ 470)/14(45§95U/47§/5/ 47§1035: 4/§ 1347)/14/101§2071/735-1505/92-2. 73§1506/4 ?.73§1509/73§ 1570,173§151/2-)/14(77§ 1593/9. /46§ 982)/15/13§ 241/73§ 1571/2/13§ 241/115 2384)/13§ 245, 15/13§ 246/13§ 1506/4. 7135247/2§Luke 11, 46/Revelation 2.14)/13§ 249 (as 247) / 13§ 242:95§ 1957/18(12/3)/pro detainee / pro. peonage member in 7.r complices of financial benefit for (inspire killings §14(7/5)§1113/2/5 §1117)/ kidnapping §14(7/5 §1170). § Spoil 1§ 1204/153 § 1149/778/535/54)/ maiming §14/7/109A § 2241/1090 § 2249)§ injuring 14(7/1013, 16)/102 § 2101; 5/9§ 1792/2.)/ Damages / Abuse w/ pursuit '.' hum Dimis -ight to petition for cy Servant  7/35 2/10'2

Luke 11,46 - He said, "Woe to you lawyers also! For you load people with burdens hard to bear, and you yourselves do not touch the burdens with one of your fingers."

Revelation 2.14 -"I have a few things against you!; you have some there who hold the teachings of Bala'am, who taught Balak to put a stumbling block before the sons of Israel, "so that they might eat food sacrificed to idols and practice sexual immorality.

15. Relief - Due to this Ponzi-scheme I am denied my right to my reliefs and ability to petition for it! By the glorifier ID theft of CovID - foot Covetous Identity Disorder which also is some sort of "religious terrorist attack as

a/ Exodus 20,17 and Deuteronomy 5.21 - "Do not covet another man's wife; do not covet his house, his land, his slaves, his cattle, his donkeys, nor anything else that he owns."

So, I remain destroyed here for greater than 365 plus days. In no criminal reason I have been yet been released. I am sure (and am denied relief) 18 (1352414) from who ever is handling this paperwork and that who preside over them. I have sent and repeated my case w/ no resolution! I need to seek a higher court! If possible. I'll recoup once of $539,860,716,014,800,000,000,000,000

1.1. 12. 3. 4.                                                VCC 1308

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SOUTHERN DIVISION

Dwelling center 484447
Bexar County Adult Detention Center 4th flr BK-01 200 N. Comal 78207
V.                                                            Case #
Jamos Rewoit 10442 Country Bluff 78240
Sheriff Javier Salazar 702 N. Comal 78207
Dale Hill - 210 308 0604

I a) v. B.D. 11/22/21           3. U.S. Dist. Ct. West, Div. of Texas
   b. Dwelling center -         4. 5:221cv1116 plc     6. Unknown
   Sheriff Javier Salazar 5. Judge O.L. Garcia     7. "
II Bexar County Adult Detention Center 4th flr BK-01 200 N. Comal 78707
III yes   IV a) Dwelling center 4th flr BK-01 200 N. Comal 78207
    B) Def #1: Jomas Rewoit, 10442 Country Bluff 78240, 1109 Magellan WindCrest, TX 78239; Jacqueline M. Walker, 10442 Country Bluff 78240, 7019 Oaklawn Apt. 313, 78209, 1109 Magellan WindCrest, TX 78239; Stacy Marsh 7019 Oaklawn Apt. 313, 78209; H04+ 10442 Country Bluff 78240; 6342 Cambridge Dr. Apt 36. 78218, Spanish Oaks Apt. @ Harry Wurzbach, Spanish Main Apt. @ Rittiman and Fairdale; Lathery Biglow, 4848 Goldfield Apt. 160 78218, 1109 Magellan WindCrest, TX 78240; Jamus Rekey, 8622 Elk Runner @ 5 Palms on Pearsall Rd.; Jacqueline M. Walker

8622 Elk Runner 78 on 5 pt Palms @ Old Pearsal Rd., 8622 8626 Grey Wolf cubs at 5 Palms; Lee Redoux Sr., Lockhart, TX; Atascosa Cty. County, TX, 1109 Mayellen, Wincrest, TX 78239, 8626 Grey Wolf Dr. @ 5 pt Palms and Old Pearsal Rd.; Jacqueline M. Walker, 8626 Grey Wolf Dr @ 5 Palms, Islandview in Sky harbor both @ Old Pearsal Rd. and Valley Hi area.; Ellery LaBlanc Canter, 7019 Oaklawn Apt 313 78209, 10442 Country Bluff 78240, 6342 Combridge Dr. Apt 36, 78218; 8622 Elk Runner & 8626 Grey Wolf off 5 palms @ Old Pearsal Rd., Rutledge Apts on Rutledge in Perrin Beitel Dr., Spanish Oaks @ Henry Wurzbach and 410 W., Spanish Main @ Ritkim and Fairdale Dr., Islandview in Sky harbor Dr. on Old Pearsal Dr. and the Valley Hi area on Vally Hi Dr.; Jaime Redoux, 8622 Elk Runner on 5 Palms @ Old Pearsal Rd., 10442 Country Bluff 78240; Sandra Redoux, 10442 Country Bluff 78240; Larry Walheart; Larry Dole Hart; Larry Iglehart; Ellary, Ellory, Canver; Junion, Senion; 681667, 116850; ELLERY LABLONIC CANTER; Robin Canter; Robert Walsm; Russell J. Howelton; Nathan O'Toole; Jessica Babbott, 18(43§ 911/43§ 912/.43§ 913/7-3)/ UNIVERISS INS; 115 Main Plz 78701. N.O.W.D. N, E, R, O; NATO.; NERCam.; F.I.A.; N.S.A./ 18(37§ 799)2; U.S.§ 1367/45§ 1342) 1/8(13§241; 1115§23§4/133§242/12/31)/ am/w 34 omiss law 3, 5, 14, 10 in system per minute XM Broadcast Prince Hall, Free Mason, @ Statis Starlight license on 1.17 BS xl. 78218

acts/omiss: Crimes omission of cmw. 1, 4, 5, 7, 84, 9, 11, 14, 3 /crime USC IV(5 7 § 1029a; 43§ 911/§ 23§ 2734/ 2§ L3§ 2722)/ 15§ (47§ 1001 2/47§ 102);
47§ 1017 2; 47§ 1029 Py.)/ IV(13§ 291; /15§ 239 43)/ IV(23§ 245. 157 2)/ IV(13§ 2 Vic
735.150(4)/ 118(1.35§ 240)/2 / L (Exodus 20.1 thru 17/ Deuteronomy 5.1 thru 22 /4.3§ 240);
Revelations 2, Cat t 6 and 15 7/ Corinthians 9.19 thru 22. 1/2 Timothy 3.13 5/18
(1213)/ IV (135 242)/ pen Day of ID theft since 1995/ per hour interlying
Imprisonal w/ ID theft/ per hour at est group flood minute n
§ pionage per xm Broadcast 375/74/ per ID theft/ per prison at
w/ inmate for ID theft Espionage / per possible defendant / per
possible address  10/9/9/18/9/9/7/2/9/0/4/1/0 /23

Def #2: Attorneys Dale Hall 210.305.0600; Melissa Lesniak, 301 S. Main, Av. 78204, 210.571.3441/ Sheriffs, Javier Salazar, 202 N. Comal 78207; Sheriffs, Susan Pamelcare, 315 S. Santa Rosa 78205; Open Records, Sergeant Angelica Castillo, 207 N. Comal; Gabrielle White - sets court dates/ 18 (43§911/43§9121, 43§913/2/)/IV(4 /1§1001/2 /33§709/2.2, 337/2/4)/IV(13§244; 73§1571/2) /17(13§242)/ per false title/ per letters/ per war, SID# 116850, B20181701301; Judge Melisa Skinner; Anthony Hernandez, 732 Colema, 78201-6709, 210.732.7112., 210.600.4389; Lucy Adame-Clark, Co. Clk; Marie Doyle (Criminal Bail) Dist. Clerk 101 W. Nueva Suite 217, 78205, 210.335-2591; Julie Carrillos Deputy District Clerk, 101 W. Nueva, Ste 217, 78205, 210.335.2591; SID# 116850, B20211685701; Judge Michael E. Mery; Intake DA 24100848; DA Investigator 0403441; Intake DA 24051472; SID# 116850, B21212430801; Judge Crenshaw; Court Reporter Rosie Pena; Out take DA 24037552; Asst. DA Sally Unaxpher; Asst. Comm. Dr. Common; 67§467; ELLERY LABLANIC CARTER /18(43§911; 47§1001/2.)/17(33§.704/2; 33§712/4)/IV(13§241; 11§§238+/13§245/16/2 / 13§246/13§242), 3182 omiss/acts; (riminal omiss of crime 16, 14 5, 16, 11 §§ 17§(former Ex 3a, 14/15/ crime VSCIV(.15 IX §§46/cL)/ IV(15 23§; 73§1501/; 73§1505/2.; 73§1506/4.; 73§1507; 73§ 15.10/73§15 1/2 / 73§1512/3., 1726, 1513/1.)/(13§244/ 77§1531/12 / 73§1571/2,)/18(47§1001/2, 1§17 §1028/4, 77§1542/5.)/18(93§1924/2. /10§1707/1. / 10§2073/1.; 10§2075/2.)/ per for 1§5 (13§241; 11§ §238+) /(13§246; 73§1506/4) (13§242)/IV(18, 13)/ per hem w/o release/ per denial right to petition for grievance/ per hear denial that right/ attorney for resolution from action / per pen increase/ per pen Watkins/ accused as Double Jeopardy unrecognized/ per amount for the same thing/ per pains & pen for falsa pleads;

Def. #3: U.S. Dist. Court, Judge O.L. Garcia; US Dist. Court Judge X. Rodriguez; U.S. Dist. Court Judge Fred Biery; 655 E. Cesar E. Chavez Blvd. 78206; U.S. Dist. Court, Judge X. Rodriguez, 242 W. Nueva St. 78207; U.S. Dist. Court Judge R.B. Farrer, 655 E. Cesar E. Chavez Bld. 78206; U.S. Dist. Court Judge F.W. Biery, 655 E. Cesar E. Chavez Blvd. 78206; U.S. Dist. Court, Judge J. Pulliam, 242 W. Nueva St. 78207; U.S. District Court, South West Dist. of Tex, Southern Dist. Division / omiss/acts: criminal omiss of cram 16, 18, 11 §§ 14, 15 9y Ch 11§6/4-13 / crime USC 18/13§244/73§1505/3.; 73§1506/4.; 73§1509.; 73§451 73§15.10/73§15.11/2.; 73§1512/3/73§1513/3./18(13§241;11§§238+)(13§244;73§1571/2.)(13§245/15/2)(13§242)(17/6) (15§;15§23;1§73)/ per hem w/o release / per hem w/o rel.of / per denial petition for grievance / per hem denial right for grievance / per judge juridicn per actsmiss constitute / 143434.10

Def #4: F.B.I. 930 Pennsylvania Av NW, W.D.C. 20500-0001; F.B.I. 12515-7 Research Blvd. 400 78759; FBI, 5740 University H. Blvd. 78249; F.B.I. 800 Dolorosa 78205; FBI, 400; Dolorosa 78205; U.S. Dpt of Just., 930 Pennsylvania Av. NW, 20500-0001; U.S. Dept. of Justice, 816 Congress Av. 78701; U.S. Dept. of Just., 601 NW 410 L100, 78216; U.S. National Guard, 5300 I-10 Frontage Rd. 78219; U.S. Coast Guard, 1347 Pennin Bridge? 78215; U.S. Rangers, P.O. Box 4087, 78773-0600, 572.424.2160; Texas State Rangers; U.S. Marshals; Texas State Marshals; Texas State Troopers, 6502 S. New Braunfels. 210.531.4341; Texas State Police, 1400 N. Interstate 35 78044; U.S. Army Com. 572.460.6000 C.I.D. / U.S. Army Texas 652032.10" acts/omiss; criminal cnvs. of cnspn. 2, 4, 5u, 6u, 9u, 9u, 10u, 11u, 13u, 14u, 1 crime USC 18/ 73 §1570 / 73 §1511½ / 73 §1512 / 3, / 73 §1575½. ) / 18 ( 74 §1573 a/3 / 2155 953 ; 73 § 956 15. ; 4 §§ 958 ) / 18 ( 47 §1038/2 / 33 §704/2. ; 33 §712/4/ equiv) — Pourlous loanking Dis. Order 2/18 ( 47 §1076/2. / 33 §709/2. ; 33 §712/4. / equiv) (pourlous lenking Dis-Order ) / 18 1803 18 (113 §241; 115 § 2384 / 113 § 244 ; 73 §1511/2. / 113 § 242 / 12/3 ); pur u.c.n u/o visable contac- correspondence / pur hour jedis still regulation / pur periage gurante in correspondence / pur hour hostaye / pur hour of nin response / pur hostage / pur in regulation matter

Def #5: U.S. Att. G.P.A. 1200 Pennsylvania Av NW W.D.C. 70250-0701; U.S. E.P.A. 1201 ELM St., 500, 7520, 800.887.6063 San Antonio Mayor, Ron Nirenberg, City Hall, 100 Military Plz 75706; Elected Sheriff of Bexar County; Texas State Senate; Texas State Gov., Greg Abbott, Texas State Capitol, 1100 Congress Av. 78701; U.S. Congress, U.S. Senate; U.S. Secretary of Defense; U.S. R̶e̶p̶ President, Joe Biden, U.S. Whitehouse, Legal Dep, 1600 Pennsylvania Av NW W.D.C. 20500-0001 — acts/omiss. crimn cnvs of cnspr. 5, 9u, 10u, 11u, 14/13/ crime. 1 / ( 19 / 96 / 8 /z ) ; / V (115 § 2384 / 113 § 2239A ; ; 113 § 2239 B / 1 ) / ( 45 § 954 ; ; 45 §952 ; 45 §953 ) / V ( 46 § 982 ; 718 § 1573 a /3 ) / 18 ( 73 § 1513 /, / 13 § 245 / 18 /z ) / 18 ( 73 § 241; 115 § 2384 ) / 18 ( 113 § 242 ) / 19 / 12 /z ; pur hour hostaye by pennage / pur members of penaye / guantar in San Antonio / pur inregulation matter of non-response / pur hostage of personage  11/77 '10/13

where? where I am
who/how? where? ongoing-
Def #1 I am victimized by Def #1 since 1995. knowingly a/ agg.
1) Theft can om anoud a/ sufferage for I am sold into

a system of peonage / in involuntary servitude: crime omissions of amend. 4, 4§5, 4, 5, 8, 10, 13, 14, 13 / crimes USC 18 (77§ 1584 / 18§ 202 § 77§ 1593a / §§ 46 § 982) / 18 (115 § 2384 / 45 § 953 / 45§ / 18 (13, 241, 11§ § 2384)) / IV (13§ 241 242) / pun hum of involuntary servitude / pun hum of cruel and unusual punishment / pun hum / med labor pun hum slipping life / liberty / pun property / w/o. impersation / conspir. killing ; iV (7/5§ 1113c / 51§ 1117) / KW mayhem ; iV (7/55§ 1201 / 77§ 1585 / 4 / 55§ 1203) / injury / mau inny ; iV (7/1098 § 2241 § 1090 § 2244) / 18 / injury ; iV (7/19 (3 / 116) / Damage w/ w theft of property ; iV (7/1094 / 27 X § / 1035 2(4) a) / pen peonage members of enterprise / del of possible force / unusual benefit (crime w/ 2/118, the sale w/in involuntary servitude w/ pet/ 4/ I am still hostaged as a concealed and unlawful prisoner in custody of peonage and these d/ #2:

Crime omissions of amend. Lig B 4, 4, 5, 8, 13, 14, 13 / crime US (18 § 57§-14 / 578 §(2 792 / 2 / 13§§ 75(2 :; 37 5, 18 75 57 / 2 55 § 1203 / 77§ 1535-4 / 1§ (17§ 1581 / 2 . 2 73§ 1571/2 / 43§ 913/2) / 13(3 § 244 ; 73 § 1571/2) / IV (13 § 14 2) / 18 (1213) / pen peonage member / agents in Bexar County / pun hum denied security of person those of papers / effects / w cruel and unusual punishment / as medical labor / of involuntary servitude, w/o conviction as a hostage / w/ unlawful arrest / search; seizure

where Bexar County Adult Detention Center 6th 7th Block 200 N. Comal 78207
when ongoing
who / then / what

D/ #2: I am denied release and relief by D/#2 even as I am accused of "possession" of own the counter medication [and in Plexatrim and other weight management dietary control supplements, even after confirmation or declaration for my right as Petitioner and others documented and listed on the Bexar County Criminal Justice Information System – Event Log Display as:

0128 / 4100 / 03-31-22 / Amicus Pet. For Writ Release Because of Delay
0129 / 4100 / 05.14.22 / Mot. To Dismiss Insufficient Evidence
0130 / 4100 / 5.14.22 / Pet. For Writ Pet Afflicted W/. Disease
0131 / 4100 / 5.16.22 / Pet. For Writ Controlled Subsidium

0134/4100/5.16.22/ Mot. For Discovery
~~0135/4100/5.16.22/ Mot For~~
0137/4100/5.16.22/ Mot For Dismiss Appointed Counsel
0138/4100/5.16.22/ Mot For ~~Bond~~ Reduction of Bond
0139/4100/5.16.22/ ~~Mot~~ Pet. For WOTL Release Because of Delay
0140/4100/5.16.22) Mot. To Quash Indictment
0141/4100/5.16.22/ Pet For W/ill Controlled Substance
0142/4100/5.20.22/ Petition For Writ of Habeas Corpus
0143/4100/5.20.22/ Controlled Substance Filed
0144/4100/5.20.22/ Petition For Writ of Habeas Corpus
0145/4100/5.20.22/ Release Because of Delay Filed
0198/4100/8.4.22/ Mot Quash Indictment Pause

There are ones I did not submit which may become in my lengthy occupancy?
0132/4100/5.16.22/ Grev. Letters sent to court
0133/4100/5.16.22/ Grev. Letter sent to court
0135/4100/5.16.22/ Mot For Bench Warrant

I have never attended a hearing and was labeled Incompetent for further hostaging by Carruthers.

where: Bexar County Adult Detention Center- 6th 7th Bk-0/200 N. Comal 75207
when: ongoing
who/how/what:
Def# 3 - I am denied Relief Benefit from this hostaging for more than a year and a half (18 months +) by Def #3!

where: San Antonio, Bexar County, Tx, U.S.A
when: to date, ongoing
who/how/what:
Def #4 I am hostaged due to the correspondence to the phoneye terrorists by allowance of existence and inability to be contacted for emergency purposes! I have made many

attempts to contact by letter and phone to these addresses and further contact information w/o even a reply or an answering operator.
Texas Rangers, P.O. Box 4087, 78773-0600, 512.424.2160
Texas State Troopers, 6502 S. New Braunfels, 210.531.4341
U.S. Court Bram, 1347 Penny Baily 78218
U.S. Dept. of Justice, 950 Pennsylvania, Av. NW, W.D.C. 20520-0001
Forthem correspondence to an obvious Hoax as Covid-Coertous Identity Disorder by further unavailability of closed offices for non-compliance to emergencies and complaints; crime crisis of emml, 2, 4, 5, 18, 6 11 9, 10, 14, 13 11/c / crime USCIV(14)/47§1038/2
Covid-Coerclous Identity Disorder/18.§309/7..§712/4):18(14)/47§1040/2.
Covid-Coerchus Identity Disorder/1V(33§707/2 ; 33§712/4)/1V(45§953 ; 45§958)/18(46§982 ; 11/§ 77§1593a/3)/1V(113B§2339D ; 113B§2339b/2)/
1V(115§9384 ; 13§241)/1V(13§242 ; 12/4)/ per citizen of Bexar County Bexar County / per hostage detainee / per me as a hostage / per member of property as hostage taken / per host denial response  82.535 t.1017

knowl: South Texas District
whom: ongoing
who/item/what:
Def #5 — Def#5 is as of Def#4 in correspondence to the Hoax "Covid" as assistance to a religious terrorist organization for financial benefit of a bribe or upsome of as a criminal influence. This is a denial of all civil rights and we the people are being victimized by the passage allowed to exist in this country and is of your responsibility as it is Homeland Security!  82.535 t.10¹⁷

/2/—

15 Rules - $10,891,88.99 72,920,506,352,152,4136,0126,46 0xxxxxx